IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LNV CORPORATION | : | |
| | : | |
| v. | : | No. 11-CV-7604 |
| | : | |
| ERIC A. JACKSON | : | |

**O R D E R**

**AND NOW**, this  27th  day of  March , 2012, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 4), Defendant Eric A. Jackson's Motion to Set Aside Default (ECF No. 6), and all memoranda and exhibits submitted in support of and opposition thereto, it is **ORDERED** that:

1. Defendant's Motion to Set Aside Default is **GRANTED**.

2. Plaintiff's Motion for Default Judgment is **DENIED**.

3. The Clerk of Court shall set aside the default entered on January 27, 2012.

4. Defendant shall file the Answer to Plaintiff's Complaint within seven (7) days of the date hereof.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**